WALTER & WILHELM LAW GROUP
A Professional Corporation
Mary F. Lerner, #235951
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail:      mlerner@W2LG.com

Attorneys for Defendant Dhillon Bros. No. 1, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR OWENS, | CASE NO. 1:15-cv-01554---BAM |
|---|---|
| Plaintiff, | **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DHILLON BROS. NO. 1, LLC TO RESPOND TO COMPLAINT; FIRST STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; AND ORDER** |
| v. | |
| JACCARD FOODS, INC. dba THE BERROCK SHOP; DHILLON BROS. NO. 1, LLC; | |
| Defendants. | |

WHEREAS, Plaintiff Arthur Owens ("Plaintiff") and Defendant Dhillon Bros. No. 1, LLC ("Defendant," and together with Plaintiff, "the Parties") stipulated to an extension of time wherein Defendant's response to the Complaint is currently due on or before December 15, 2015.

WHEREAS, the Mandatory Scheduling Conference is currently set for January 28, 2016, and the Mandatory Joint Scheduling Conference Statement must therefore be filed on or before January 21, 2016.

WHEREAS, the Parties are involved in meaningful settlement negotiations and wish to avoid incurring additional fees and unnecessarily utilizing judicial resources while they explore, and hopefully finalize, a settlement.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate as follows:

1. To an additional extension of time for Defendant to respond to the Complaint herein, through and including January 28, 2016, which extension exceeds the maximum 28 days permissible without leave of Court; and

2. That the Mandatory Scheduling Conference currently set for January 28, 2016 be continued to a date after February 15, 2016, at the Court's convenience.

Date: December 9, 2015					MOORE LAW FIRM, P.C.


						 /s/ Tanya Moore
						Tanya E. Moore,
						Attorney for Plaintiff,
						Arthur Owens


Date:  December 9, 2015					WALTER & WILHELM LAW GROUP
						a Professional Corporation



						 /s/ Mary F. Lerner
						Mary F. Lerner,
						Attorneys for Defendant,
						Dhillon Bros. No. 1, LLC




////

////

////

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant's response to the Complaint herein is now due on or before January 28, 2016.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for January 28, 2016 is continued to March 1, 2016, in Courtroom __8__ at 9:00 AM. The Joint Scheduling Conference Statement is to be filed no more than seven (7) days prior to the date of the conference.

IT IS SO ORDERED.

Dated:  __December 10, 2015__                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE